MARY KATE SULLIVAN (State Bar No. 180203)
MARK JOSEPH KENNEY (State Bar No. 87345)
ADAM N. BARASCH (State Bar No. 158220)
BERNARD J. KORNBERG (State Bar No. 252006)
SEVERSON & WERSON, A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
anb@severson.com

Attorneys for Defendant
WELLS FARGO BANK, N.A. AS TRUSTEE
FOR STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES
2005-17

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| ALLANA BARONI,<br><br>Debtor. | Case No. 1:12-bk-10986-MB<br><br>Chapter 11 |
| ALLANA BARONI,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-17,<br><br>Defendant. | Adv No. 1:13-ap-01071-MB<br><br>**CROSS-APPELLANTS' STATEMENT OF ISSUES**<br><br>JUDGE: Martin R. Barash |

11951.0701/9311681.1

Pursuant to Fed. R. Bankr. P. 8009(a)(2), Cross-Appellant Wells Fargo Bank, N.A. As Trustee For Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2005-17 ("Wells Fargo") hereby provides this statement of issues to be presented on Wells Fargo's Cross-Appeal of the Court's Order Granting Wells Fargo Bank, N.A.'s Motion for an Award of Attorneys' Fees and Expenses.

1. Did the bankruptcy court err when it ordered that that the award of attorneys' fees in favor of Wells Fargo should be added to the allowed amount of Proof of Claim 7-1?

2. Did the bankruptcy court err when it ordered that that the award of attorneys' fees in favor of Wells Fargo shall be subject to treatment and discharge under debtor and appellant Allana Baroni's confirmed chapter 11 plan?

DATED: November 18, 2016

SEVERSON & WERSON
A Professional Corporation

By:  /s/ Bernard J. Kornberg
     Bernard J. Kornberg

Attorneys for Defendant WELLS FARGO BANK, N.A. AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-17

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

A true and correct copy of the foregoing document entitled (*specify*): CROSS-APPELLANTS' STATEMENT OF ISSUES  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 18, 2016  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Richard L Antognini     , rlalawyer@yahoo.com
•Adam N Barasch     anb@severson.com, dgl@severson.com;efiling@severson.com
•Bernard J Kornberg     bjk@severson.com, elw@severson.com
•Michael S Riley     mriley8@aol.com, 10986aa@gmail.com
• United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 18, 2016 | Bernard J. Kornberg | */s/ Bernard J. Kornberg* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                        **F 9013-3.1.PROOF.SERVICE**