**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 06 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: ALLANA BARONI,<br><br>Debtor,<br><br>------------------------------<br><br>ALLANA BARONI,<br><br>Appellant,<br><br>v.<br><br>WELLS FARGO BANK, N.A., as Trustee for Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2005-17,<br><br>Appellee. | No.   17-60061<br><br>BAP No. 16-1345<br><br>ORDER |
| In re: ALLANA BARONI,<br><br>Debtor,<br><br>------------------------------<br><br>WELLS FARGO BANK, N.A., as Trustee for Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2005-17, | No.   17-60062<br><br>BAP No. 16-1383 |

KS/Mediation

|  |
|---|
| Appellant, |
| v. |
| ALLANA BARONI, |
| Appellee. |

The briefing schedule previously set by the court is amended as follows: appellant shall file the first cross-appeal brief on or before March 8, 2018; appellee shall file the second cross-appeal brief on or before April 9, 2018; appellant shall file the third cross-appeal brief on or before May 9, 2018; appellee may file an optional cross-appeal reply brief within twenty one (21) days from the service date of the third cross-appeal brief.

FOR THE COURT:

By: Kyungah Suk
Circuit Mediator